IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-081-KDB-DCK

| | |
|---|---|
| **KIMBERLY FISHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JPS COMPOSITE MATERIALS CORP.,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Douglas M. Jarrell, concerning Paul H. Sinclair, on June 29, 2021. Paul H. Sinclair seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Paul H. Sinclair is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 29, 2021

David C. Keesler
United States Magistrate Judge